UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-1550-VAP(CW) | Date | June 6, 2008 |
|---|---|---|---|
| Title | Zernik v. Connor, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

n/a      n/a

**Proceedings:** (In Chambers)

    1. Plaintiff's first amended complaint ("FAC") was filed on May 27, 2008, as docket no. 62, and has replaced the original Complaint (docket no. 1, filed March 5, 2008). In light of the filing of the FAC, the following motions are denied, without prejudice, as moot:

(a) motion to dismiss, docket no. 13, filed March 24, 2008.
(b) motion to dismiss, docket no. 16, filed March 27, 2008.
(c) motion to dismiss, docket no. 19, filed March 28, 2008.
(d) motion to dismiss, docket no. 23, filed March 28, 2008.
(e) request for leave to file FAC, docket no. 58, filed May 9, 2008.
(f) request for reconsideration, docket no. 61, filed May 27, 2008.

    2. Defendants who have already appeared shall serve and file an answer or other response to the FAC on or before June 26, 2008. If defendants move to dismiss the FAC they may incorporate by reference, as appropriate, the previously filed motions to dismiss.

    3. Once defendants have responded to the FAC, the court will issue further orders, including setting any deadlines for responsive pleadings by plaintiff or replies by defendants.

    4. The court is making every effort to ensure that all filed documents are docketed, and that documents filed by hard copy are scanned and linked to the docket. This process -- especially the scanning of large numbers of lengthy paper documents -- takes considerable staff time. Because of the limits on the availability of court staff to do this work, it is sometimes necessary for paper documents to be scanned or docketed after the date on which they were filed. Plaintiff is assured that any such delay will not affect the legal status of such documents, or the date on which they are legally construed as having been filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-1550-VAP(CW) | Date | June 6, 2008 |
|---|---|---|---|
| Title | Zernik v. Connor, et al. | | |

5. If any party believes that a filed document is missing from the record, the party is asked to first wait a reasonable time to allow the court to catch up with the docketing process, and then to file a notice attaching a copy of the face page of the missing document and making clear when the document was filed.

6. Multiple documents filed together on the same day may appear under the same docket number as attachments. So long as the text of the attachments can be accessed electronically from the docket, this is not a problem: the documents in question are in the record, are accessible electronically, and will be given all due consideration by the court.

7. The court has located several filed documents which do not appear to have been scanned. They will be scanned and docketed as soon as staff is available to do so.

8. Plaintiff's ex parte application to seal document (docket no. 49, filed May 8, 2008) is **DENIED**. The documents in question do not require filing under seal, and will be returned to plaintiff in the mail under separate cover.

9. Plaintiff is reminded that he must comply with requirements of Fed. R. Civ. P. Rule 4 as to service of summons and complaint. On or before June 26, 2008, plaintiff shall file any proofs of service as to defendants who have been served but have not yet appeared.

cc: Plaintiff and All Counsel