**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ZERNIK, | No. CV 08-1550-VAP(CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JACQUELINE CONNOR, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' four pending motions to dismiss (docket no. 68, filed June 19, 2008; docket no. 69, filed Jule 19, 2008; docket no. 73, filed June 30, 2008; and docket no. 78, filed July 7, 2008) be granted; (3) that the First Amended Complaint (docket no. 62, filed May 27, 2008) be dismissed without further leave to amend; and (4) that judgment be entered

dismissing this action in its entirety, with prejudice as to Plaintiff's damages claims under federal law and without prejudice as to Plaintiff's damages claims under state law and his claims for equitable relief.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: April 24, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge