**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH ZERNIK, | ) | No. CV 08-1550-VAP(CW) |
|     Plaintiff, | ) | JUDGMENT |
|     v. | ) | |
| JACQUELINE CONNOR, et al., | ) | |
|     Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice as to Plaintiff's damages claims under federal law and without prejudice as to his state law damages claims and his claims for equitable relief.

DATED:   April 24, 2009

 

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge